## AFFIDAVIT OF SERVICE

| Case:<br>22-CV-2531 | Court:<br>US District Court of Maryland | County:<br>Baltimore City, Maryland | Job:<br>8153495 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Albert Blumberg, et al | | **Defendant / Respondent:**<br>Crystal Roney, et al. | |
| **Received by:**<br>Freestate Investigations, LLC | | **For:**<br>Law Office of Nevin L. Young | |
| **To be served upon:**<br>Home Mortgage Alliance Corporation c/o CSC Lawyers Incorporating Service Company | | | |

I, Joe Horton, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Home Mortgage Alliance Corporation c/o CSC Lawyers Incorporating Service Company, Company: 7 Saint Paul St Suite 820, Baltimore, MD 21202-1407 |
| **Manner of Service:** | Registered Agent, Dec 29, 2022, 11:38 am EST |
| **Documents:** | Case Information Report.pdf, Complaint.pdf, Home Mortgage Alliance Summons.pdf |

**Details:**
1) Successful Attempt: Dec 29, 2022, 11:38 am EST at Company: 7 Saint Paul St Suite 820, Baltimore, MD 21202-1407 received by Home Mortgage Alliance Corporation c/o CSC Lawyers Incorporating Service Company.
Served all documents on registered agent by placing the documents in the bin in the vestibule.

**I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.**

_____    12/29/2022
Joe Horton                                                    Date

Freestate Investigations, LLC
8145-N Baltimore Ave Suite 195
College Park, MD 20740-2431
301-719-5977