NEVIN L. YOUNG  
ATTORNEY AT LAW  
170 West Street  
Annapolis, Maryland 21401  
410-353-9210  
nevinyounglaw@gmail.com  

January 9, 2023

***Via ECF***
The Hon. A. David Copperthite
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

  Re: Albert Blumberg, et al. v. Crystal Roney, et al.
     Civil Action No. 1:22-cv-02531-ADC

Dear Judge Copperthite:

  Yesterday, I filed on behalf of the Plaintiffs a motion to extend time for service upon Defendant Crystal Roney, and then realized I may have committed the same error as Defendant's counsel in terms of the Case Management Order already issued in this case.

  It seems unlikely that the Defendant is likely to agree to the filing of the Motion to Extend Time since the Defendant's position was already made clear in the recently stricken motion to quash service. There has been no Answer filed by the other Defendant and therefore it is not expected that they have yet been able to develop any position on the matter or have a point of contact for the matter.

  This letter is to request that the Court allow the filing of the Motion to Extend Time for Service. Thank you for your consideration.

               Very Truly Yours,

               s/Nevin L. Young

               Nevin L. Young