IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| M.D. ALBERT L. BLUMBERG, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-22-2531 |
| CRYSTAL RONEY, et al., | * | |
| Defendants. | * | |
| | * | |

\*\*\*

### ORDER

On September 29, 2021, Plaintiffs M.D. Albert L. Blumberg and Beth P. Blumberg commenced this action against Defendants Crystal Roney and Home Mortgage Alliance Corporation (ECF No. 1). The Blumbergs served Roney on December 15, 2022 and they served Home Mortgage Alliance Corporation on December 29, 2022. (ECF Nos. 9-1, 10, 22). Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' answer was due twenty-one (21) days after service. To date, however, the Court has no record that either Defendant has answered. Accordingly, it is this 24th day of January, 2023 hereby:

ORDERED that the Blumbergs file and serve by mail on Defendants a motion for entry of default by the Clerk and a motion for default judgment, or show cause as to why such motions would be inappropriate, within fourteen (14) days of the date of this Order. Failure to respond to this Order may result in dismissal of the Complaint without prejudice and without further notice from this Court.

                                                 /s/
                                      George L. Russell, III
                                      United States District Judge