J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM
443.290.8704

January 28, 2023

**BY CM/ECF**

Hon. George L. Russell, III
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Blumberg et al v. Roney et al,*
                <u>Civil Action No. 1:22-cv-02531-GLR</u>

Dear Judge Russell:

    We are defendant Home Mortgage Alliance Corporation ("HMAC") counsel. Plaintiffs and HMAC by counsel have agreed that HMAC may have to and including Friday, February 17th to file its answer or response to the Complaint.

    Defendant Roney, by counsel, does not object to this extension; Ms. Roney has timely filed an answer and counterclaim.

    HMAC and Plaintiffs, by counsel, respectfully request the Court to approve the extension.

                                  Respectfully Submitted,

                                  J. Stephen Simms

Copy to all Counsel by CM/ECF

**APPROVED this 30th day of January, 2023. Defendant Home Mortgage Alliance Corporation may file its response to the Complaint on or before February 17, 2023.**

_____/s/_____
**George L. Russell, III**
**United State District Judge**