IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALBERT L. BLUMBERG, ET AL.<br><br>*Plaintiffs*,<br><br>v.<br><br>CRYSTAL RONEY, ET AL.<br><br>*Defendants*. | Civil Action No. 1:22-cv-02531-GLR |

MOTION IN RESPONSE TO COURT'S ORDER
TO SHOW CAUSE

Now Come the Plaintiffs ("Plaintiffs"), by and through undersigned counsel, and move as follows:

1. On January 24, 2023, this Court issued an Order, ECF. 24, instructing Plaintiffs to show cause why a default motion should not be filed or the case dismissed.

2. Shortly after that Order was issued, the Defendant Crystal Roney filed an Answer and Counter-Claim in this case. (ECF 26). The Defendant Home Mortgage Alliance Corporation requested an extension of time for filing an Answer, which this Court granted, thereby extending the time for filing an Answer to February 17, 2023.

WHEREFORE, the Plaintiffs hereby move that the Order issued as ECF 24 be deemed satisfied in light of these events.

1

2

        Respectfully Submitted,


        ___s/Nevin L. Young_____
        Nevin L. Young
        Fed. Bar ID. No. 28604
        170 West Street
        Annapolis MD 21401
        (T) 410-353-9210
        (F) 410-510-1208
        nevinyounglaw@gmail.com