IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| Albert L. Blumberg, et al. ) | |
| ) | |
| Plaintiffs ) | Civil Action No.: 22-cv-2531-GLR |
| ) | |
| v. ) | |
| ) | |
| Crystal Roney, et al., ) | |
| ) | |
| Defendants ) | |
| ) | |

**L.R. 103.3 / FRCP RULE 7.1 DISCLOSURE STATEMENT**

Defendant Home Mortgage Alliance Corporation states that it is not a publicly traded company and no publicly held corporation owns 10% or more of its stock. No corporation, unincorporated association, partnership, or other business entity, not a party to the case, has any financial interest whatsoever in the outcome of this litigation.

Dated: February 17, 2023.

/s/ J. Stephen Simms
J. Stephen Simms (4269)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Ph:     410-783-5795
Fax:    410-510-1789
jssimms@simmshowers.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 17, 2023, the foregoing was filed on the Court's CM/ECF system for electronic service on all counsel of record.

/s/ J. Stephen Simms
J. Stephen Simms